UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO,<br><br>    Plaintiff,<br><br> -against-<br><br>VORO, INC.,<br><br>    Defendant. | 23-CV-5615 (VSB) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

  Due to a conflict in the Court's schedule, the show cause hearing scheduled for November 9, 2023 at 10:00 a.m. is ADJOURNED to **11:00 a.m.** the same day. Plaintiff shall serve a copy of this Order upon defendant.

Dated: New York, New York
   October 3, 2023

               SO ORDERED.

               _____
               **BARBARA MOSES**
               **United States Magistrate Judge**